# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOCELYN DOWEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket no. 2:15-cv-138-NT |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
| Respondent | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 15, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the Petitioner's request for relief pursuant to 28 U.S.C. § 2254. The Petitioner filed an objection to the Recommended Decision on October 1, 2015. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. It is **ORDERED** that Petitioner's 28 U.S.C. § 2254 Motion (ECF Nos. 2 and 2-1) is **DENIED**. It is **ORDERED**

that no certificate of appealibility shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

/s/ Nancy Torresen
United States Chief District Judge

Dated this 16th day of October, 2015.